```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JEMAL ALBRITTON,

                Plaintiff,        No. 22-cv-4512 (JGK)

     - against -                 ORDER

LAWRENCE FREDELLA, ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the State Defendants' July 3, 2023 request that their April 20, 2023 motion to dismiss (ECF No. 38) "be marked fully submitted for decision without opposition." July 3, 2023 Letter, ECF No. 47. However, on May 31, 2023, this Court granted the pro se plaintiff's request to extend the time for his response to the motion to dismiss from June 2, 2023, to July 17, 2023. ECF No. 45. Accordingly, the pro se plaintiff's response remains due on **July 17, 2023,** and the State Defendants may reply by **August 7, 2023.**

    The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
           July 5, 2023

                                              _____
                                                   John G. Koeltl
                                             **United States District Judge**