```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JEMAL ALBRITTON,

                Plaintiff,            No. 22-cv-4512 (JGK)

    - against -                    ORDER

LAWRENCE FREDELLA, ET AL.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the attached letters from the pro se plaintiff, dated July 12, 2023, and July 16, 2023. The July 12, 2023 letter requests a copy of the defendant's July 3, 2023 letter requesting that their motion to dismiss be "marked fully submitted for decision without opposition." ECF No. 47.

    In accordance with the plaintiff's request, the Court has attached the defendants' July 3, 2023 letter for the plaintiff's review. However, the Court notes for the plaintiff that in a July 5, 2023 Order (ECF No. 48), which was mailed to the plaintiff, the Court rejected the defendants' request because the request overlooked an earlier Order in which the Court extended the time for the plaintiff to respond to the motion to dismiss (ECF No. 45). Since that time, the Court has granted the plaintiff's request for another extension of the deadline to respond, which is now set for August 1, 2023. See ECF No. 52.

    Accordingly, the plaintiff's response to the motion to dismiss remains due on **August 1, 2023**. Because no revised reply

deadline has been set, the new deadline for the defendants to reply is **August 22, 2023.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         July 21, 2023

                                        John G. Koeltl
                                United States District Judge

Hon: John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Albritton v. Fredella, et al., 22-CV-4512(JGK)                July 16th h 2023

Dear Hon Judge Koeltl:

    Enclosed is the document dealing with my request for special access, to which expired on July 2nd 2023. I have just now received the new special access which was granted to me. This is in reference to the extension of time that I requested, of 15 days—to respond to the motion to dismiss.

    Thank you for your time and courtesy concerning this matter.

Sincerely yours,

*Jemal Albritton*

cc: sent/file

David I. Cheng
Assistant Attorney General

MAY 2 3 2023

# LAW LIBRARY MEMORANDUM

**TO:** Mr. Carlson
Acting Deputy Superintendent of Programs
Woodbourne C.F.

**FROM:** Law Library

**DATE:** 5/20/2023

**SUBJECT:** SPECIAL ACCESS CALL-OUT

Dear Dept. Supt. Of Programs Carlson:

In accordance with Directive 4483, the following Incarcerated Individual is requesting **"Special Access"** for (continuous) placement on the Law Library call-out to meet a legally defined deadline. I understand that this Special Access Request must include Documentation of the legal Deadline with the request.

Name: J. ALBRITTON    Din: 06A5348    Location: F-2-3

This special access is being requested for the following reason(s)

NEED MORE Time foR research and time to finish putting My Motion Together.

**NOTE: The Standard 'Special Access' timeframe is <u>thirty days or less from the deadline</u> depending on the nature of the legal work involved.**

**YOU WILL BE PLACED ON AVAILABLE TIME MODULE IF SPACE IS AVAILABLE**

Date Start: 5/22/23

Date End: 6/2/23

Area Supervisor Approval Signature: _[signature]_

Dept. Supt. Programs Approval Signature: _[signature]_

**United States District Court**
**Southern District of New York**

---

**Jemal Albritton,**
      **Plaintiff,**          No. 22-cv-4512 (JGK)

                 **Request for a Copy of July 3rd 2023 Letter**
- Against-             **Submitted by State Defendants..............**

**Lawrence Fredella, ET AL.,**
      **Defendants.**

---

  **Please take notice**, I am a pro se plaintiff and I am writing to your Honor, (John G. Koeltl) because, upon receiving your ORDER dated: July 5th 2023; I noticed that the defendants requested that their April 20, 2023 motion to dismiss *"be marked fully submitted for decision without opposition."* *'July 3, 2023 Letter, ECF No. 47."*

  Indeed, I never received a copy of the aforementioned July 3rd 2023 letter, from State defendant's. Therefore, I am making a formal request for a copy of this letter. Thank you, and I await your positive response; and I remain,

Respectfully,

*[signature]*

**Mr. Albritton**
**Din# 06A5348**
Woodbourne Corr Fac
99 Prison Rd
P.O. Box 1000
Woodbourne, NY 12788

cc: sent/file:

Dated: July 12th 2023



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 3, 2023

**BY ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: **Albritton v. Fredella et al., 22-CV-4512 (JGK)**

Dear Judge Koeltl:

  This Office represents Defendants Tina Stanford, Tyece Drake, Charles Davis, Tana Agostini, Ellen Alexander, and Erik Berliner, employees or former employees of the New York State Board of Parole ("Board") (collectively "State Defendants"). Pursuant to the Court's scheduling order on March 16, 2023, State Defendants' deadline to move for dismissal was April 20, 2023, Plaintiff was to oppose State Defendants' motion to dismiss by June 2, 2023, and State Defendants were to reply by June 30, 2023 Dkt. #37. State Defendants' motion to dismiss was filed on April 20, 2023. See Dkt Nos. 38-40.

  As of this date, Plaintiff still has not filed papers opposing State Defendants' motion to dismiss. Accordingly, State Defendants respectfully request that their motion to dismiss be marked fully submitted for decision without opposition.

            Respectfully submitted,
            /s/ David T. Cheng
            David T. Cheng
            Assistant Attorney General
            David.Cheng@ag.ny.gov

cc: Jemal Albritton (06-A-5348)  Nicolette Pellegrino
  Woodbourne Corr. Facility    New York City Law Department
  99 Prison Road        100 Church Street
  P.O. Box 1000        New York, NY 10007
  Woodbourne, NY 12788-1000  *Interested Party Re: Defendant Fredella*
  *Pro se*