UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON, <br><br>                      Plaintiff, <br><br>-against- <br><br>LAWRENCE FREDELLA, et al., <br><br>                      Defendants. | 22-cv-4512 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of the cross-motion for leave to file and serve an amended complaint and exhibits, filed by Plaintiff. The Clerk of Court is respectfully directed to restrict viewing access of the cross-motion and exhibits on the docket to the Court and the parties. Any party wishing to have these documents filed under seal in whole or in part must make a motion to the Court indicating the basis of the sealing request by **August 28, 2023**. If no request is received, the documents will become public.

      Defendants' response to the motion, if any, is due **August 31, 2023**. If Defendants respond, Plaintiff may reply by **September 14, 2023**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff and to note such mailing on the docket.

      SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge