UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEMAL ALBRITTON,

                  Plaintiff,

-against-

LAWRENCE FREDELLA, et al.,

                  Defendants.

22-cv-4512 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On July 14, 2023, the Court ordered Plaintiff to mail a properly executed 160.50 release to Defendant Lawrence Fredella no later than August 18, 2023. Dkt No. 51. The record indicates that Plaintiff has not yet done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 22, 2023**.

Upon receiving the executed release, Defendant Fredella should promptly advise the court via ECF letter, attaching a copy of the executed release. Defendant Fredella should also promptly advise the Court via ECF letter if an executed release is not received. The Court reminds Plaintiff that failure to execute and send the release to Defendant Fredella by that date will lead to dismissal without prejudice for failure to prosecute.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge