UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON,<br><br>                                 Plaintiff,<br><br>-against-<br><br>LAWRENCE FREDELLA, et al.,<br><br>                                 Defendant. | 22-CV-4512 (AS)<br><br>ORDER OF SERVICE |

ARUN SUBRAMANIAN, United States District Judge:

       By Order dated August 10, 2023, the Court granted Plaintiff's Motion to Amend the Complaint, which was filed on September 14, 2023. (Docket No. 65). In his Amended Complaint, Plaintiff names Michael Corley, Caryne Demosthenes and M. Soto as new defendants.

       The Clerk of Court is directed to issue an Amended Summons as to Corley, Demosthenes and Soto, complete the USM-285 Forms with the addresses for these Defendants, and deliver to all documents necessary for the Marshals Service to effect service upon Defendants forthwith. The Summons and Complaint must be served upon defendants at the following addresses:

**Board Member Michael Corley**
New York State Board of Parole
The Harriman State Campus - Building 4
1220 Washington Avenue, Albany, New York 12226

**Board Member Caryne Demosthenes**
New York State Board of Parol
The Harriman State Campus - Building 4
1220 Washington Avenue, Albany, New York 12226

**Senior Offender Rehabilitation Coordinator M. Soto**
Woodbourne Correctional Facility
99 Prison Road P.O. Box 1000
Woodbourne, NY 12788-1000

       SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                              United States District Judge