UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON, <br><br>                                   Plaintiff, <br><br> -against- <br><br> LAWRENCE FREDELLA, et al., <br><br>                                   Defendant. | 22-CV-4512 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff Jemal Albritton, incarcerated and proceeding *pro se*, filed an amended complaint, adding new state and city defendants. Dkts. 54, 66. The Court granted defendants an extension of time to respond to the amended complaint until thirty days after the new defendants are served. Dkts. 72, 73.

No later than **December 28, 2023**, the New York City Law Department should provide an update as to whether the New York City Department of Probation and Anna M. Bermudez have been served and the Office of the Attorney General should provide an update as to whether Michael Corley, Caryne Demosthenes, and M. Soto have been served. If any of the defendants have not yet been served, the Court requests that they waive service.

      SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                          United States District Judge