UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON,<br><br>                      Plaintiff,<br><br>-against-<br><br>LAWRENCE FREDELLA, et al.,<br><br>                      Defendants. | 22-cv-4512 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On February 12, 2023, Defendants New York City Department of Probation, Commissioner Bermudez, and Lawrence Fredella filed a motion to dismiss Plaintiff Jemal Albritton's amended complaint. Dkt. 96. Mr. Fredella should file any opposition to this motion no later than **March 13, 2024**. Defendants may file a reply no later than **March 27, 2024**.

      SO ORDERED.

Dated: February 13, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge