UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEMAL ALBRITTON,

                Plaintiff,

-against-

LAWRENCE FREDELLA, et al.,

                Defendants.

22-cv-4512 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 27, 2023, Defendants Tina M. Stanford, Tyece Drake, Charles Davis, Tana Agostini, Ellen E. Alexander, Erik Berliner, Michael Corley, Caryne Demosthenes, and Marianna Soto filed a motion to dismiss Plaintiff Jemal Albritton's amended complaint. Dkt. 100. Mr. Albritton should file any opposition to this motion no later than **March 29, 2024**. Defendants may file a reply no later than **April 12, 2024**.

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge