UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON,<br><br>       Plaintiff,<br><br> -against-<br><br>LAWRENCE FREDELLA, et al.,<br><br>       Defendants. | 22-cv-4512 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On February 29, 2024, Plaintiff requested an extension of time to respond to the City Defendants' motion to dismiss. Dkt. 105. Plaintiff's request is GRANTED. Plaintiff should file his opposition no later than **April 19, 2024**. Plaintiff should also file an opposition to the State Defendants' motion to dismiss by this deadline.

 The Clerk of Court is directed to mail Plaintiff copies of Dkts. 96, 97, 98, 100, 101, and 102.

 SO ORDERED.

Dated: March 13, 2024
   New York, New York

                      _____
                        ARUN SUBRAMANIAN
                       United States District Judge