UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON,<br><br>                          Plaintiff,<br><br>       -against-<br><br>LAWRENCE FREDELLA, et al.,<br><br>                         Defendants. | 22-cv-4512 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's May 17, 2024 Order, ECF No. 111, Mr. Albritton was required to file his opposition to defendants' motion to dismiss no later than June 26, 2024. To date, no opposition has been filed. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 19, 2024.**

      Mr. Albritton is warned that failure to file an opposition may result in defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                          United States District Judge