UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEMAL ALBRITTON,<br><br>                              Plaintiff,<br><br>-against-<br><br>LAWRENCE FREDELLA, et al.,<br><br>                              Defendants. | 22-cv-4512 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On September 6, 2023, Plaintiff Jemal Albritton requested that the Court seal certain exhibits he attached in support of his request to file an amended complaint. Dkt. 61. None of the defendants filed an opposition to this motion, despite the Court inviting them to do so. Dkt. 55. After reviewing the documents and applying the three-part test described in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), Albritton's request is GRANTED.

The Clerk of Court is directed to terminate Dkt. 61.

SO ORDERED.

Dated: August 6, 2024
       New York, New York

                                                              _____
                                                                    ARUN SUBRAMANIAN
                                                                 United States District Judge