**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEMAL ALBRITTON,

                Plaintiff,

  -against-                                      22 **CIVIL** 4512 (AS)

                                                        **JUDGMENT**

LAWRENCE FREDELLA et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 22, 2024, the motions to dismiss are GRANTED. Albritton's claims for injunctive and declaratory relief and his state law claims are dismissed without prejudice, and the claims for monetary relief are dismissed with prejudice. Albritton is denied leave to amend. Albritton has already been given one chance to amend and, in any event, amendment would be futile to the extent that Albritton's claims are moot or otherwise barred by immunity. The Court certifies that any appeal from this decision would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      August 23, 2024

                                                            **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**